Case 1:26-cr-00065-CM   Document 13   Filed 05/27/26   Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 27, 2026

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Wilbert Lewis*, 26 Cr. 65 (CM)

Dear Judge McMahon:

The Government and defense jointly move for an adjournment of the May 29, 2026 status conference in this matter. The purpose of the requested adjournment is to allow defense counsel time to continue review of discovery and to discuss a possible pre-trial resolution of this matter with the defendant. Accordingly, the parties respectfully request an adjournment to June 22-26, June 29-30, or July 2, based on the Court's schedule. This is the first request for adjournment of the status conference, and the adjournment will not affect any other scheduled dates.

If the Court grants the parties' request, the Government also requests, with defense's consent, that the time between today and the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to continue review of discovery and to consider a pretrial resolution of this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Samantha Fry_
Samantha Fry
Assistant United States Attorney
(212) 637-2490

cc: Jacob Kaplan, Esq. (via ECF)

MEMO ENDORSED

If the parties reach a resolution prior to July 15, take the plea in Mag. Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-26

5-27-26
Case Adj. to July 15, 2026, at 12:15 p.m. — time Excluded through July 15, in the interest of justice, to facilitate plea discussions